**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000388
20-MAR-2023
08:12 AM
Dkt. 92 ODMR**

NO. CAAP-22-0000388

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE RESIDUARY TRUST CREATED UNDER THE
BETTY C. LEU REVOCABLE TRUST DATED MAY 25, 2006, AS AMENDED

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 1CTR-22-0000012)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of Respondent-Appellee Russell K.L. Leu's (Russell) March 9, 2023 Motion for Reconsideration of the Court's Order Granting Motion to Dismiss Appeal, the papers in support, and the record,[1] it appears that Russell seeks reconsideration of the March 9, 2023 Order Granting Motion to Dismiss Appeal, but Russell fails to demonstrate that the court overlooked or misapprehended any point of law or fact. HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, March 20, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

---

[1] Respondent-Appellee Lester K.M. Leu filed an unauthorized opposition to the motion for reconsideration, which the court did not consider. Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40(c).